UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THELMA NELSON,

        Plaintiff,                          Case No. 2:20-cv-10408
                                                      District Judge George Caram Steeh
v.                                                       Magistrate Judge Anthony P. Patti

ANDREW MARSHALL SAUL,
Commissioner of Social Security,

        Defendant.
_____/


## ORDER DENYING APPLICATION FOR WAIVER OF LOCAL COUNSEL (ECF No. 5)

Plaintiff Thelma J. Nelson, through her attorney Meredith E. Marcus of Daley Disability Law, P.C., applies under E.D. Mich. LR 83.20(f) for a waiver of the requirement to obtain local counsel.  (ECF No. 5.)  For the reasons stated in Judge Stafford's March 10, 2020 Order denying a similar request in Case No. 20-cv-10339, ECF No. 7, PageID.27-29, Plaintiff's application to proceed without local counsel (ECF No. 5) is **DENIED**, and local counsel must file an appearance by **Tuesday, June 9, 2020**.[1]

---

[1] The attention of the parties is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days after being served with a copy of this order within which to file objections for consideration by the district judge under 28 U.S.C. § 636(b)(1).

**IT IS SO ORDERED.**

Dated: May 19, 2020

                                                                  .
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE