UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THELMA JEAN NELSON,

        Plaintiff,

    vs.                                 Case No. 20-CV-10408

COMMISSIONER OF SOCIAL        HON. GEORGE CARAM STEEH
SECURITY ADMINISTRATION,

        Defendant.

_____/

**ORDER ACCEPTING R&R (ECF No. 24), DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF No. 19) AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 22)**

Plaintiff Thelma Jean Nelson brought this action pursuant to 42 U.S.C. §§ 405(g) and/or 1383(c)(3), challenging the final decision of defendant Commissioner of Social Security denying her application for disability insurance benefits. Both parties filed summary judgment motions (ECF No. 19; ECF No. 22) that were referred to the Magistrate Judge for Report and Recommendation ("R&R"). The Magistrate Judge issued his R&R on August 9, 2021, recommending that plaintiff's motion be denied, defendant's motion be granted, and the Commissioner's decision be affirmed.

No timely objections were filed to the R&R. The court has reviewed

the file, record, and Magistrate Judge's R&R.  This court agrees with the analysis conducted by the Magistrate Judge, and therefore accepts his recommendation.  Now, therefore,

IT IS HEREBY ORDERED that plaintiff's motion for summary judgment (ECF No. 19) is DENIED.

IT IS HEREBY FURTHER ORDERED that defendant's motion for summary judgment (ECF No. 22) is GRANTED.

IT IS HEREBY FURTHER ORDERED that judgment enter for defendant.

Dated:  September 17, 2021

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on September 17, 2021, by electronic and/or ordinary mail.

s/Brianna Sauve
Deputy Clerk